RAMSDEN, MARFICE, EALY & HARRIS, LLP
700 Northwest Boulevard
P.O. Box 1336
Coeur d'Alene, ID 83816-1336
Telephone: (208) 664-5818
Facsimile: (208) 664-5884
Michael E. Ramsden, ISB #2368

Attorneys for Defendants Western Medical Associates, PLLC,
Paul Paschall, M.D., and Eric Chun, M.D.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JUSTIN T. GARRIOTT and SUSAN GARRIOTT, Husband and Wife,<br><br>Plaintiffs,<br>vs.<br><br>WESTERN MEDICAL ASSOCIATES, PLLC, an Idaho corporation, PAUL PASCHALL, MD, ERIC CHUN, MD, AND DOE DEFENDANTS I THROUGH V,<br><br>Defendants. | Case No. 2:16-cv-0081-CWD<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

The parties stipulate and agree that the above-captioned matter be dismissed on the merits with prejudice, each party to bear its own costs and attorney fees.

Dated this 16th day of November, 2017

OWENS, MCREA & LINSCOTT, PLLC

By___/s/ R. Bruce Owens_____
R. Bruce Owens, Of the Firm
Attorneys Plaintiffs Justin T. Garriott and Susan Garriott

STIPULATION FOR DISMISSAL WITH PREJUDICE - 1

Dated this 16th day of November, 2017

                        RAMSDEN, MARFICE, EALY & HARRIS, LLP

                        By  /s/ Michael E. Ramsden
                            Michael E. Ramsden, Of the Firm
                            Attorneys for Defendants Western Medical
                            Associates, PLLC, Paul Paschall, M.D.
                            and Eric Chun, M.D.

STIPULATION FOR DISMISSAL WITH PREJUDICE - 2