UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JUSTIN T. GARRIOTT and SUSAN GARRIOTT, Husband and Wife,<br><br>      Plaintiffs,<br>vs.<br><br>WESTERN MEDICAL ASSOCIATES, PLLC, an Idaho corporation, PAUL PASCHALL, MD, ERIC CHUN, MD, AND DOE DEFENDANTS I THROUGH V,<br><br>      Defendants. | Case No.: 2.16-cv-0081-CWD<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

THIS MATTER having come before the Court upon the Stipulation for Dismissal With Prejudice (Dkt. 134) and no objections having been received, and having considered the Pleadings as related to this case:

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation of Dismissal with Prejudice between the plaintiffs Justin T. Garriot and Susan Garriott, and the defendants Western Medical Associates, PLLC, Paul Paschall, M.D. and Eric Chun, M.D. (Dkt. 134) is **APPROVED**.

2. The defendants Western Medical Associates, PLLC, Paul Paschall, M.D. and Eric Chun, M.C. are hereby dismissed on the merits with prejudice, and without costs to any party.

Dated: **November 21, 2017**

Honorable Candy W. Dale
United States Magistrate Judge

ORDER FOR DISMISSAL WITH PREJUDICE - 1